UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

RHM INDUSTRIAL/SPECIALTY FOODS, INC.,

    Debtor.

SS FARMS, LLC., et al.,

    Appellants,

    v.

    Appellee.

No. 2:09-cv-02937-MCE

**RELATED CASE ORDER**

In re:

RHM INDUSTRIAL/SPECIALTY FOODS, INC.,

    Debtor.

No. 2:09-cv-02938-GEB

In re:

RHM INDUSTRIAL/SPECIALTY FOODS, INC.,

    Debtor.

No. 2:09-cv-02939-MCE

1

| | |
|---|---|
| In re: | |
| SK FOODS, L.P., | No. 2:09-cv-02940-WBS |
|     Debtor. | |
| In re: | |
| SK FOODS, L.P., | No. 2:09-cv-02941-JAM |
|     Debtor. | |
| In re: | |
| SK FOODS, L.P., | No. 2:09-cv-02942-MCE |
|     Debtor. | |

The Court has received the Notice of Related Case filed on October 23, 2009.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///
///
///
///

1    The parties should be aware that relating the cases under
Local Rule 83-123 merely has the result that both actions are
assigned to the same judge; no consolidation of the action is
effected.  Under the regular practice of this court, related
cases are generally assigned to the district judge and magistrate
judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the actions denominated 2:09-cv-02938-GEB, <u>In re RHM Industrial/Specialty Foods, Inc., Debtor, SS Farms, LLC, et al., Appellant</u>, 2:09-cv-02940-WBS, <u>In re SK Foods, L.P., Debtor, SS Farms, LLC, et al., Appellant</u>, 2:09-cv-02941-JAM, <u>In re SK Foods, L.P., Debtor, SS Farms, LLC, et al., Appellant</u> are reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in this reassigned cases only are hereby VACATED.  The Clerk of the Court is to issue an Order Requiring Joint Status Report.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:09-cv-02938-MCE, 2:09-cv-02940-MCE, and 2:09-cv-02941-MCE.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated: November 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE